IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT THOMPSON, individually and on behalf of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>BANNER LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 24-CV-01096-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of August 5, 2024 (Doc. 23), this action is **DISMISSED with prejudice**.

**DATED: August 5, 2024**

              MONICA A. STUMP,
              Clerk of Court


              By: *s/ Jackie Muckensturm*
                 **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
      **STEPHEN P. MCGLYNN**
      **U.S. District Judge**